**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BRYAN SCOTT PIERCE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PAULA JONES,**<br><br>**Defendants.** | **Case No. 26-CV-283-JFH-GLJ** |

**ORDER**

Before the Court is a Report and Recommendation submitted by United States Magistrate Judge Gerald L. Jackson recommending dismissal of this matter without prejudice. Dkt. No. 8. The Magistrate Judge further recommends that the motion for leave to proceed in forma pauperis [Dkt. No. 3] be accordingly denied as moot. *Id.* at 4.

No party has objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed in 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and therefore accepts and adopts it as the order of this Court.

SO ORDERED this 28th day of September 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE